AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Jones, Edith H. | 2. Court or Organization<br><br>5th Circuit Court of Appeals | 3. Date of Report<br><br>7/30/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief Circuit Judge, Active | 5a. Report Type (check appropriate type)<br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

12505 U.S. Courthouse
515 Rusk
Houston, TX 77002-2600

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Sam Houston Area Council, Boy Scouts of America |
| 2. | Advisory Board Member | Masters in Bankruptcy Program, St. John's Law School, New York |
| 3. | President | Garland Walker Inn of Court |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 7/30/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Andrews & Kurth, LLP - salary |
| 2. 2011 | Prudential Ins. Co., Pension Annuity, Occidental Petrol |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Federalist Society | 02/10-12/2011 | San Francisco, CA | Speeches at Law Schools | Lodging, Meals, Travel |
| 2. | University of Richmond | 05/12-14/2011 | Richmond, VA | Attend Conference | Lodging Meals, Travel |
| 3. | University of Texas School of Law | 06/3-4/2011 | Austin, TX | Speech | Mileage |
| 4. | The Federalist Society | 06/10-12/2011 | Napa Valley, CA | Attend Conference | Lodging, Meals, Travel |
| 5. | St. Johns University | 10/23-26/2011 | New York, NY | Speech/Panel Discussion | Lodging, Meals, Travel |
| 6. | The Federalist Society | 11/10-12/2011 | Washington, DC | Panel Discussion Leader | Travel, Meals, Lodging |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Jones, Edith H. | 7/30/2012 |

| 7. | SMU Dedman School of Law | 11/11/11 | Washington, DC | Panel Speaker-Appellate Judges Education Institute | Travel, Meals split with Federalist Society |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jones, Edith H.** | 7/30/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 7/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK ACCOUNTS | | | | | | | | | |
| 2. Bank of America - Accounts | A | Interest | L | T | | | | | |
| 3. J.P. Morgan Chase Bank - Accounts | A | Interest | K | T | | | | | |
| 4. STOCKS, BONDS & NOTES | | | | | | | | | |
| 5. AT&T Common Stock | A | Dividend | J | T | | | | | |
| 6. McDonald's Corp. - common | A | Dividend | J | T | | | | | |
| 7. Invesco Comstock A (ACSTX) (fmr. Invest. Co. of America) | A | Dividend | K | T | | | | | |
| 8. Dow Chemical - common | A | Dividend | J | T | | | | | |
| 9. Exxon Mobil Corp | B | Dividend | M | T | | | | | |
| 10. Nestle - common | B | Dividend | L | T | | | | | |
| 11. Newmont Gold - common | A | Dividend | J | T | | | | | |
| 12. Aim Constellation Fund A (CSTGX) Invesco see Note Part VIII | A | Dividend | K | T | | | | | |
| 13. Putnam New Opportunity Fund A | A | Dividend | J | T | | | | | |
| 14. Intel Corporation | A | Dividend | J | T | | | | | |
| 15. Procter & Gamble | B | Dividend | L | T | | | | | |
| 16. Newmont Gold - common | A | Dividend | J | T | | | | | |
| 17. Morgan Stanley Bank | A | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 7/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Morgan Stanley Assets Acct | A | Interest | J | T | | | | | |
| 19. Pepsico | A | Dividend | K | T | | | | | |
| 20. NCR | | None | J | T | | | | | |
| 21. MS Global Infrastructure Q | B | Interest | K | T | | | | | |
| 22. Am. Inv. Co. (AIVSX) | B | Dividend | L | T | | | | | |
| 23. Franklin Insd. Tax Free Fund | B | Interest | K | T | | | | | |
| 24. Mut. Shares Class B Tax Free | A | Dividend | K | T | | | | | |
| 25. GPR Energy, LLC | A | None | K | U | | | | | |
| 26. Syngenta AG ADR | | None | L | T | | | | | |
| 27. Toyota | A | Dividend | K | T | | | | | |
| 28. Magellan Midstream Partners | C | Dividend | L | T | | | | | |
| 29. Archer Daniels Midland | A | Dividend | K | T | | | | | |
| 30. Verizon Comm | A | Dividend | J | T | | | | | |
| 31. Fidelity Fund (FFFCX) | C | Int./Div. | M | T | | | | | |
| 32. Ford Motor Credit Co. | C | Interest | M | T | | | | | |
| 33. Smucker J M Co (X) | A | Dividend | J | T | | | J | | |
| 34. Columbia Funds (CFSAX) (X) | A | Dividend | J | T | Sold (part) | 12/06/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 7/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Wash Mut Fund (AWSHX) (X) | A | Dividend | J | T | | | | | |
| 36. Invesco STIT Money Mkt (X) | A | Dividend | J | T | | | | | |
| 37. Mainstay Convert. Fund (X) | A | Dividend | J | T | | | | | |
| 38. Mainstay Lg Cap Growth Fund (X) | A | Dividend | J | T | | | | | |
| 39. MFS Value Fund (X) | A | Dividend | J | T | | | | | |
| 40. Thornbury Int'l. Fund (X) | A | Dividend | J | T | | | | | |
| 41. Ivy High Income Fund (X) | A | Interest | J | T | | | | | |
| 42. Pimco Total Rtn Inst'l. (X) | B | Interest | K | T | | | | | |
| 43. Templeton Global Bond Fund (X) | A | Interest | J | T | | | | | |
| 44. Vanguard Short Term Inv. Grade (X) | A | Interest | J | T | | | | | |
| 45. Centurylink | | None | J | T | Distributed | 04/06/11 | J | B | |
| 46. Centurylink | | None | J | T | Sold | 05/06/11 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 7/30/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII. Investments and Trusts

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Edith H. Jones**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544